**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Randall S. Tyler, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-000795

---

**ON WRIT OF CERTIORARI**

---

Appeal From Lexington County
W. Jeffrey Young, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2016-MO-031
Submitted October 17, 2016 – Filed October 26, 2016

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Patrick Lowell Schmeckpeper, both of Columbia, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the Post-Conviction Relief (PCR) court's dismissal of Petitioner Randall S. Tyler's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**